**Case No. 18-35388**

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Andrew Grimm

*Plaintiff-Appellant*,

v.

Retriever Towing, Inc.

*Defendant-Appellee*.

Appeal from the United States District Court
for the District of Oregon
Case No. 3:18-cv-00183-MO
The Honorable Michael W. Mosman, Presiding

**APPELLANT'S UNDISPUTED MOTION FOR A STAY OF PROCEEDINGS**

Andrew Grimm
15287 Pepperwood Drive
Omaha, Nebraska 68154
Telephone: (650) 422-8035

June 11, 2018

## APPELLANT'S UNDISPUTED MOTION FOR A STAY OF PROCEEDINGS

Pursuant to Federal Rule of Appellate Procedure 27, Plaintiff-Appellant Andrew Grimm hereby moves for a stay of proceedings in this appeal and also moves to toll the briefing deadlines established in this Court's Time Schedule Order of May 8, 2018 until either Plaintiff-Appellant or Defendant-Appellee moves to recommence the appeal.

This Motion is undisputed. Counsel for Defendant-Appellee Parking Enforcement Services d/b/a Retriever Towing has indicated that Defendant-Appellee does not object to this Motion.

Respectfully submitted,

/s/Andrew Grimm
Andrew Grimm
Plaintiff-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Appellant's Undisputed Motion for Stay of Proceedings** with the Clerk of the court of the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 11, 2018.

I certify that all participants in the case are either registered CM/ECF users or have been served separately.

Dated: June 11, 2018       By:    /s/Andrew Grimm
                                                     Andrew Grimm