**Case No. 18-35388**

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

Andrew Grimm

*Plaintiff-Appellant*,

v.

Retriever Towing, Inc.

*Defendant-Appellee*.

---

Appeal from the United States District Court
for the District of Oregon
Case No. 3:18-cv-00183-MO
The Honorable Michael W. Mosman, Presiding

---

**APPELLANT'S RENEWED UNDISPUTED MOTION
FOR A STAY OF PROCEEDINGS**

---

Andrew Grimm
15287 Pepperwood Drive
Omaha, Nebraska 68154
Telephone: (650) 422-8035

June 19, 2018

# APPELLANT'S RENEWED, UNDISPUTED MOTION
# FOR A STAY OF PROCEEDINGS

Pursuant to Federal Rule of Appellate Procedure 27, Plaintiff-Appellant Andrew Grimm hereby moves for a stay of proceedings in this appeal and also moves to toll the briefing deadlines established in this Court's Time Schedule Order of May 8, 2018 for sixty (60) days.

In a prior Order (Docket Entry No. 3), the Court denied Plaintiff-Appellant's initial motion for a stay without prejudice, granting leave to file a renewed motion that specified (1) the length of the requested stay and (2) the reason for the motion.

First, Plaintiff-Appellant requests a stay of sixty (60) days.

Second, the motion is sought for multiple reasons. First, another defendant, the City of Portland, has filed a motion for summary judgment that is pending at the district court. The outcome of that motion will further settlement discussions between Plaintiff-Appellant and Defendant-Appellee Parking Enforcement Service d/b/a Retriever Towing ("Retriever Towing"). Second, the claims against the City of Portland have significant overlap with the claim against Retriever Towing, so if settlement is not reached and the City of Portland's motion for summary judgment is granted, the appeals would be appropriate for consolidation.

This Motion is undisputed. Counsel for Defendant-Appellee Parking Enforcement Services d/b/a Retriever Towing has indicated that Defendant-Appellee does not object to this Motion.

Respectfully submitted,

/s/Andrew Grimm
Andrew Grimm
Plaintiff-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Appellant's Undisputed Motion for Stay of Proceedings** with the Clerk of the court of the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 19, 2018.

I certify that all participants in the case are either registered CM/ECF users or have been served separately.

Dated: June 19, 2018          By:     /s/Andrew Grimm
                                                            Andrew Grimm