# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW B. GRIMM,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>CITY OF PORTLAND, et al.,<br><br>*Defendant-Appellees*. | Civil Appeal No. 18-35388 |

**MOTION FOR PARTIAL VOLUNTARY DISMISSAL UNDER FRAP 42(b)**

Plaintiff-Appellant Andrew Grimm is currently proceeding in two consolidated appeals before this Court, 18-35388 against Defendant-Appellee Retriever Towing and 18-35673 against Defendant-Appellee City of Portland.

Mr. Grimm and Retriever Towing have fully settled all claims between them. Mr. Grimm and the City of Portland, however, have not settled.

Accordingly, Mr. Grimm hereby brings this motion pursuant to Federal Rule of Appellate Procedure 42(b) to voluntarily dismiss his appeal against Retriever Towing with prejudice. Mr. Grimm and Retriever Towing have also agreed that each party shall bear its own costs.

Mr. Grimm, however, expressly preserves and maintains his appeal against the City of Portland, 18-35673, arising from the district court's grant of summary judgment below.

1

DIGITAL JUSTICE FOUNDATION

Retriever Towing has indicated, through counsel, that it does not oppose this Motion.

Respectfully submitted
*/s/Gregory Keenan*
Gregory Keenan
DIGITAL JUSTICE FOUNDATION, INC.
81 Stewart Street
Floral Park, NY 11001
(516) 633-2633
gregory@digitaljusticefoundation.org

February 11, 2019 *Counsel for Andrew B. Grimm*

DIGITAL JUSTICE FOUNDATION
01000100010010100100011001000100100101001000110010001000100101001000110

## CERTIFICATE OF SERVICE

I hereby certify that, on February 11, 2019, I electronically filed the foregoing with the Clerk of this Court using this Court's CM/ECF system. Participants in this case who are registered CM/ECF users will be served by CM/ECF.

> */s/Gregory Keenan*
> Gregory Keenan