| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | FEB 15 2019 |
| | | MOLLY C. DWYER, CLERK 
U.S. COURT OF APPEALS |

ANDREW B. GRIMM,

        Plaintiff-Appellant,

 v.

CITY OF PORTLAND; et al.,

        Defendants-Appellees.

No. 18-35388
     18-35673

D.C. No. 3:18-cv-00183-MO
District of Oregon,
Portland

ORDER

     Appellant's motion (Docket Entry No. 18) for voluntary dismissal of appeal No. 18-35388 only is granted. Appeal No. 18-35388 is dismissed with prejudice. *See* Fed. R. App. P. 42(b).

     Appeal No. 18-35673 will proceed. The briefing schedule is amended as follows: the opening brief is due March 18, 2019; the answering brief is due April 17, 2019; and the optional reply brief is due within 21 days after service of the answering brief.

     This order served on the district court shall act as and for the mandate of this court as to appeal No. 18-35388 only.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo